Case 65.—ACTION BETWEEN J. M. WILEY AND LANGHORN,
& JOHNSON CO., DETERMINED ON MOTION TO DISMISS
APPEAL—May 18.

## Langhorn, Johnson & Co. v. Wiley.

.120  511
f134  364

### Appeal from Johnson Circuit Court.

### Motion to dismiss appeal.  Sustained.

Appeals—Failure to File Transcript—Dismissal—Under sec. 738
of the Civil Code, providing that "the appellant shall file the
transcript in the office of the clerk of the Court of Appeals
at least twenty days before the first day of the second term
of said court next after the granting of the appeal," where an
appeal was granted on November 22, 1904, and the appeal
bond was given on December 12, and the supersedeas was is-
sued on December 13, the appellee, by filing a copy of the judg-
ment and bond in this court on May 16 following, was entitled
on his motion to have the appeal dismissed.

WALTER S. HARKIN, D. J. WHEELER and C. M. COOPER for
appellant.

C. B. WHEELER for appellee.          ( !      · ·i :!  ' (

OPINION BY CHIEF JUSTICE HOBSON—Dismissing ap-
peal.

The judgment appealed from was rendered and the
appeal was granted on November 22, 1904.  The ap-
peal bond was given on December 12th; the super-
sedeas issued on December 13th.  On May 16th ap-
pellee filed a copy of the judgment and bond, and
entered a motion to dismiss the appeal, the record not
having been filed in this court by the appellant.  In
response to the motion appellant shows that time was
given to file a bill of exceptions; that after the bill
of exceptions was filed the clerk did not complete the
transcript, and for this reason, it was not filed for the

April term, although appellant used every effort to get it made out.

Section 738 of the Civil Code of Practice is as follows: "The appellant shall file the transcript in the office of the clerk of the Court of Appeals at least twenty days before the first day of the second term of said court next after the granting of the appeal. unless the court extend the time; as, for cause shown, the court may do."

Section 740 is as follows: "No appeal shall be docketed by the clerk until the appellant complies with the provisions of sec. seven hundred and thirty-nine (739), and if he fail to file the transcript within the time allowed by sec. seven hundred and thirty-eight (738), or by the court pursuant thereto, his appeal shall be dismissed." The facts stated in the response would be sufficient to justify the court in extending the time for filing the transcript as provided in sec. 738, if a motion to this effect had been made in this court by appellant before the time expired. But after the time has expired the court is without power in the premises, and under the mandate of the statute the appeal must be dismissed.

Appeal dismissed.